United States District Court
Southern District of Texas
**ENTERED**
December 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JAMES E. FITZGERALD | ) |
| | ) |
| VS. | ) CIVIL ACTION NUMBER |
| | ) M-21-148 |
| KILOLO KIJAKAZI, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's request for attorney fees. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions of said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis's Report and Recommendation entered as Docket Entry Number 27 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to counsel for the Parties.

DONE on this 27th day of December, 2022, at McAllen, Texas.

Ricardo H. Hinojosa
U.S. DISTRICT JUDGE